IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:21-CV-327-SDJ
2. Style of case: BETTY DIANE CARROLL vs C-CON SERVICES, INC., ET AL
3. Nature of suit: _____.
4. Method of ADR used:    **X Mediation**        ☐ Mini-Trial        ☐ Summary Jury Trial
5. Date ADR session was held: 02/02/22
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.            ☐ Settled, in part, as result of ADR

    ☐ Settled as a result of ADR.            ☒ **Parties were unable to reach settlement.**
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1600.00
8. Duration of ADR: Half Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   JIM JORDAN
   BETTY DIANE CARROLL PLF
   VUNCENT BHATTI PLF ATTY
   EARL B. COTTON DEF PRES OF C-CON
   AMY SEWELL CONT. OF DEF C-CON
   DARRELL SMITH DEF ATTY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    */s/ Jim Jordan*

    Signature

    4514 Cole Avenue, Dallas, TX 75205-4181
    Address

    February 3, 2022
    Date

    (214)528-1411
    Telephone